UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>TROY WALTER,<br><br>                              Defendant. | Case No. 21-CR-90-2-JPS<br><br><br>**ORDER** |

On May 4, 2021, the grand jury returned a three-count indictment, charging Defendant with two counts of violating of 18 U.S.C. §§ 2(a), 924(c)(1)(A)(ii), 2119(1). (Docket #1). On August 26, 2021, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to Counts One and Two of the Indictment. (Docket #21).

The parties appeared before Magistrate Judge William E. Duffin on September 9, 2021 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #26). Defendant entered a plea of guilty as to Counts One and Two of the Indictment. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #27 at 1).

That same day, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared;

and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. (*Id.* at 2). Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) To date, no party has filed such an objection. The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #27) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 28th day of September, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge